IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DREW KARIN, | : | |
| | : | No. 20-5716 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BOSCOV'S DEPARTMENT STORE, LLC, | : | |
| and BOSCOV'S INC., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 22nd day of December, 2020 upon consideration of The Stipulation of counsel, it is hereby ORDERED and DECREED that said Stipulation is Approved and Adopted as an Order of Court.  The Clerk of Court is hereby directed to transfer this matter to the Middle District of Pennsylvania.

BY THE COURT:


/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.,                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DREW KARIN,                                :
                                           :    No. 20-5716
                        Plaintiff,         :
                                           :
    v.                                     :
                                           :
BOSCOV'S DEPARTMENT STORE, LLC,            :
and BOSCOV'S INC.,                         :    JURY TRIAL DEMANDED
                                           :
                        Defendants.        :

## STIPULATION OF COUNSEL

It is hereby Stipulated by and between Christine E. Burke, counsel for Plaintiff and

Steven E. Hoffman, counsel for Defendants as follows:

1.     Plaintiff commenced this action by filing a Complaint in the Eastern District of

Pennsylvania on November 16, 2020.

2.     Plaintiff has brought a single claim against Defendants for violations of Title VII

of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d, *et seq.*

3.     According to the Compliant, at all times relevant and material to the within cause

of action, Plaintiff was employed by Defendants at their location located in Hazleton, Luzerne

County, Pennsylvania.

4.     At all times relevant and material to the within action, Plaintiff's personnel file

was located at Defendants' location in Hazleton, Luzerne County, Pennsylvania.

5.     Luzerne County, Pennsylvania is located within the Middle District of

Pennsylvania.

6.     Title VII contains an exclusive venue provision for cases brought within its ambit.

42 U.S.C. § 2000c-5(f)(3).

7.      The Plaintiff may only bring a Title VII case in one of the following three judicial districts:  1) where the alleged unlawful employment practice was committed; 2) where the relevant employment records are maintaining and administered; and 3) where the aggrieved person would have worked but for the alleged unlawful employment practice. Id.

8.      As such, the Eastern District of Pennsylvania is an improper venue for this matter.

9.      Pursuant to this Honorable Court's Initial Procedural Order, counsel for Defendants notified counsel for Plaintiff on December 16, 2020 of Defendants' intention to file a motion to dismiss based on improper venue.

10.     In response to the notification by counsel for Defendants of the intent to file a motion to dismiss, counsel for Plaintiff agreed to stipulate to transfer venue to the Middle District of Pennsylvania.

11.     Pursuant to 28 U.S.C. § 1426(a), a federal court may transfer a case to any judicial district where the Plaintiff could have originally brought the claim in the interest of justice.

12.     The parties stipulate and agree that this case should be transferred to the Middle District of Pennsylvania.

KARPF, KARPF & CERUTTI, P.C.              HOFFMAN HLAVAC & EASTERLY


By: /s/Christine E. Burke                     By: /s/Steven E. Hoffman
    Christine E. Burke, Esquire                  Steven E. Hoffman, Esquire

2